| User: KINGS | GALVESTON COUNTY SHERIFF'S OFFICE | 11/12/2020 10:11:26 |
|---|---|---|

## Inmate Log: COURTYNEY HUBER, ENRIQUE .
### (Booking #: 316325)

| # | Event | Date Time | Log Notes | Booking # | User ID | Wkst |
|---|---|---|---|---|---|---|
| 1 | RELS | 06/23/2018 04:56:50 | Inmate Released To Other Agency For Inmate Transfer 06/23/2018 04:56:50 - Ctor / Ice | 316325 | trant | 3so |
| 2 | BOND | 06/23/2018 04:56:44 | Bond Status Date Changed From 06/23/2018 04:56:43 To 06/23/2018 04:56:43 | 316325 | trant | 3so |
| 3 | BOND | 06/23/2018 04:56:43 | Bond Status Changed From Acti To Oth | 316325 | trant | 3so |
| 4 | BOND | 06/23/2018 04:56:43 | Bond Status Date Changed From 06/11/2018 21:18:45 To 06/23/2018 04:56:43 | 316325 | trant | 3so |
| 5 | INMT | 06/23/2018 03:50:47 | Moved From Old Cell Location: Pm, Medm, Smed, M136 To New Cell Location: Bk,bk,I123,025<br><br>Reason For Cell Assignment Change (required):<br>Pending Transfer | 316325 | trant | 3so |
| 6 | BOND | 06/22/2018 15:12:41 | Bond Amount Changed From 1500.00 To 0.00 | 316325 | jmartin | xxx |
| 7 | BOND | 06/22/2018 15:12:40 | Bond Type Changed From Crs To Othr | 316325 | jmartin | xxx |
| 8 | BOND | 06/22/2018 15:12:39 | Bond Status Changed From Active To Discharge Tdcj / State Jail/ County Time | 316325 | jmartin | xxx |
| 9 | BOND | 06/22/2018 15:12:39 | Bond Status Date Changed From 06/11/2018 21:05:11 To 06/22/2018 15:12:39 | 316325 | jmartin | xxx |
| 10 | INCI | 06/22/2018 00:39:42 | Jail Incident # 18001490. | 316325 | patinac | svrxa65 |
| 11 | INMT | 06/21/2018 23:45:27 | Moved From Old Cell Location: Pg, G3, G3, 059 To New Cell Location: Pm,medm,smed,m136<br><br>Reason For Cell Assignment Change (required):<br>Per Medical | 316325 | dunnk | wisnerk |
| 12 | INMT | 06/19/2018 10:23:38 | Moved From Old Cell Location: Pm, Medm, Smed, M148 To New Cell Location: Pg,g3,g3,059<br><br>Reason For Cell Assignment Change (required):<br>Cleared Per Medical | 316325 | bourgt | |
| 13 | INDI | 06/18/2018 07:48:58 | Indigent Status Changed From Not Checked To Checked | 316325 | scottb | |
| 14 | INCI | 06/17/2018 09:17:51 | Jail Incident # 18001441. | 316325 | arellanr | svrxa65 |
| 15 | INMT | 06/17/2018 08:31:43 | Moved From Old Cell Location: Pg, G3, G3, 056 To New Cell Location: Pm,medm,smed,m148<br><br>Reason For Cell Assignment Change (required):<br>Per Medical | 316325 | betancm | svrxa65 |
| 16 | INMT | 06/15/2018 14:01:18 | Moved From Old Cell Location: Pm, Medm, Smed, M147 To New Cell Location: Pg,g3,g3,056<br><br>Reason For Cell Assignment Change (required):<br>Cleared By Medical. Pending Disciplinary Action.[06/15/2018 14:01, Jmartin, 740, Gcso] | 316325 | jmartin | xxx |

| # | Event | Date Time | Log Notes | Booking # | User ID | Wkst |
|---|-------|-----------|-----------|-----------|---------|------|
| 17 | INCI | 06/14/2018 00:25:30 | Jail Incident # 18001413. | 316325 | hartman | svrxa65 |
| 18 | DHSC | 06/13/2018 21:30:43 | A Disciplinary Hearing Was Requested For This Inmate For Case # 18001410 . | 316325 | trant | 3so |
| 19 | INMT | 06/13/2018 20:13:30 | Moved From Old Cell Location: Pe, E1, E1, 008 To New Cell Location: Pm,medm,smed,m147<br><br>Reason For Cell Assignment Change (required):<br>Per Medical | 316325 | drewesl | king_s |
| 20 | INCI | 06/13/2018 20:05:14 | Jail Incident # 18001410. | 316325 | trant | 3so |
| 21 | INMT | 06/12/2018 23:32:39 | Moved From Old Cell Location: Pc, C2, C2, 003 To New Cell Location: Pe,e1,e1,008<br><br>Reason For Cell Assignment Change (required):<br>Per Medical | 316325 | hacketts | 3so |
| 22 | INMT | 06/12/2018 13:36:03 | Moved From Old Cell Location: Bk, Mcls, L008, 008 To New Cell Location: Pc,c2,c2,003<br><br>Reason For Cell Assignment Change (required):<br>Classified. [06/12/2018 13:36, Nelsonl, 845, Gcso] | 316325 | nelsonl | |
| 23 | BOND | 06/12/2018 11:06:38 | Bond Amount Changed From 1500.00 To 0.00 | 316325 | jmartin | xxx |
| 24 | BOND | 06/12/2018 11:06:36 | Bond Type Changed From Crs To Othr | 316325 | jmartin | xxx |
| 25 | BOND | 06/12/2018 11:06:36 | Bond Status Date Changed From 06/11/2018 21:05:43 To 06/12/2018 11:06:36 | 316325 | jmartin | xxx |
| 26 | BOND | 06/12/2018 11:06:36 | Bond Status Changed From Active To Declined Charge | 316325 | jmartin | xxx |
| 27 | INMT | 06/12/2018 04:06:28 | Moved From Old Cell Location: Bk, Bk, L123, 026 To New Cell Location: Bk,mcls,l008,008<br><br>Reason For Cell Assignment Change (required):<br>Dressed | 316325 | calixto | wisnerk |
| 28 | BOND | 06/11/2018 21:19:11 | Bond Type Changed From <blank> To Den | 316325 | calixto | wisnerk |
| 29 | BOND | 06/11/2018 21:19:11 | Bond Status Date Changed From <blank> To 06/11/2018 21:18:45 | 316325 | calixto | wisnerk |
| 30 | BOND | 06/11/2018 21:19:11 | Bond Status Changed From <blank> To Acti | 316325 | calixto | wisnerk |
| 31 | BOND | 06/11/2018 21:15:58 | Bond Type Changed From <blank> To Crs | 316325 | calixto | wisnerk |
| 32 | BOND | 06/11/2018 21:15:58 | Bond Status Date Changed From <blank> To 06/11/2018 21:05:43 | 316325 | calixto | wisnerk |
| 33 | BOND | 06/11/2018 21:15:58 | Bond Status Changed From <blank> To Acti | 316325 | calixto | wisnerk |
| 34 | BOND | 06/11/2018 21:05:41 | Bond Type Changed From <blank> To Crs | 316325 | calixto | wisnerk |
| 35 | BOND | 06/11/2018 21:05:41 | Bond Status Date Changed From <blank> To 06/11/2018 21:05:11 | 316325 | calixto | wisnerk |
| 36 | BOND | 06/11/2018 21:05:41 | Bond Status Changed From <blank> To Acti | 316325 | calixto | wisnerk |
| 37 | INMT | 06/11/2018 20:52:42 | Assigned To Cell Location: Bk,bk,l123,026 | 316325 | calixto | 172.21.3 |
| 38 | BOOK | 06/11/2018 20:48:00 | Started Booking Process | 316325 | calixto | 172.21.3 |