IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ENRIQUE COURTNEY HUBER | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-89 |
| | § | |
| GALVESTON COUNTY, *et al.*, | § | |
| *Defendants*. | § | |

**JOINT TRIAL WORKSHEET**

**OPENING**

Minutes requested by Plaintiff: <u>45 minutes</u>

Minutes requested by Defendants: <u>10 Minutes</u>

**EVIDENCE**

| **Witness Name:** | Courtney Huber | | |
|---|---|---|---|
| **Subject Matter:** | Mr. Huber is the plaintiff who will testify about his claims and alleged injuries. | | |
| **Time for Direct:** | 2 hours | **Time for Cross:** | 1 hour |

| **Witness Name:** | Deputy Toan-Khoa Tran | | |
|---|---|---|---|
| **Subject Matter:** | Deputy Tran will testify about the policies and procedures in the Galveston County jail and facts/records regarding Mr. Huber's incarceration and treatment in the jail. | | |
| **Time for Direct:** | 2 hours | **Time for Cross:** | 1 hour |

| **Witness Name:** | Maj. Kevin Walker | | |
|---|---|---|---|
| **Subject Matter:** | Maj. Walker will testify about the policies and procedures in the Galveston County jail and facts/records regarding Mr. Huber's incarceration and treatment in the jail. | | |
| **Time for Direct:** | 2 hours | **Time for Cross:** | 1 hour |

| **Witness Name:** | Howard William Sterling |
| --- | --- |
| **Subject Matter:** | Mr. Huber's treating physician who will testify about records and alleged injuries. |
| **Time for Direct:** 1 hour | **Time for Cross:** 1 hour |

**CLOSING**

Minutes requested by Plaintiff: 45 Minutes

Minutes requested by Defendants: 20 Minutes

Provide any additional informational information that may impact the amount of time needed for trial of this case:

Plaintiff Courtney Huber is traveling from Mexico.

**Total Number of Hours and Minutes Estimated for Trial:**

by Plaintiff: 8by Defendants: 8

Date filed: November 21, 2024

| | |
|---|---|
| **THE LEWIS LAW GROUP** | **MILLS SHIRLEY L.L.P.** |
| P.O. Box 27353 | 2200 Market St., Ste 300 |
| Houston, TX 77227 | Galveston, TX 77550 |
| Phone: 713.570.6555 | Phone/Fax: 409.761.4001 |
| By:*/s/ U.A. Lewis* | By: |
| U.A. Lewis | Robert E. Booth |
| Texas Bar No. 24076511 | Texas Bar No. 24040546 |
| SDTX Bar No. 1645666 | SDTX Bar No. 36858 |
| myattorneyatlaw@gmail.com | rbooth@millsshirley.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
| **ENRIQUE COURTNEY HUBER** | **GALVESTON COUNTY, OFFICER TRAN, AND HENRY TROCHESSET** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent notification of this filing to all counsel of record.

By:
Robert E. Booth
Texas Bar No. 24040546
SDTX Bar No. 36858